Justice Ginsburg,
concurring in the judgment.
In failing even to consult blood experts in preparation for the murder trial, Richter’s counsel, I agree with the Court of Appeals, “was not functioning as the ‘counsel’ guaranteed the defendant by the Sixth Amendment.” Strickland v. Washington, 466 U. S. 668, 687 (1984). The strong force of the prosecution’s case, however, was not significantly reduced by the affidavits offered in support of Richter’s habeas *114 petition. I would therefore not rank counsel’s lapse “so serious as to deprive [Richter] of a fair trial, a trial whose result is reliable.” Ibid. For that reason, I concur in the Court’s judgment.